**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-MJ-8271/BER

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.

**JEFFREY SPIVACK**

      Defendant

_____/

**DEFENDANT'S MOTION**
**TO REOPEN DETENTION HEARING**

COMES NOW, Valentin Rodriguez, Esq., as counsel of record for, **JEFFREY SPIVACK**, and hereby files the Defendant's Motion to Reopen the Detention Hearing, and as grounds, states the following:

1. On August 17 and 19, 2020, this Court conducted a detention hearing, and issued a written order denying pre-trial release on August 20, 2020. [DE14].

2. In that Order, this Court was concerned that the $2.9 million allegedly taken from the victim was "completely unaccounted for," and thus Defendant was a flight risk [DE14].

3. Since the date of this Order, the undersigned and other counsel have reviewed extensive bank account records and can show this Court that the funds allegedly taken from the victim are wholly accounted for, and that Defendant has no funds to access, should he be released.  Thus, there is new and additional information for this Court to consider, in determining whether Defendant is a flight risk.

4.      Defendant requests that he be released on house arrest with a personal surety bond

collateralized by real estate owned by this parents and brother.

5.      Defendant has no criminal history.

6.      **CERTIFICATION**: The undersigned has contacted AUSA Aurora Fagan, who is

requesting pretrial detention in this matter.

**WHEREFORE, the Defendant requests that this Court conduct a detention hearing on**

**or about December 4, 2020, as discussed in Court on November 20, 2020.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to all counsel
of record, on this 23rd  day of November, 2020, by filing with CM/ECF.

Respectfully submitted,

/s/ *Valentin Rodriguez*
_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
2465 Mercer Avenue, Suite 301
West Palm Beach, FL  33401
(561) 832-7510
*defend@bellsouth.net*
Fla Bar No.  047661

Counsel for Defendant Spivack

2