UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-8271-BER

UNITED STATES OF AMERICA,

v.

JEFFREY SPIVACK,

        Defendant.
_____

FILED BY KJZ D.C.
Dec 8, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**ORDER GRANTING JOINT *ORE TENUS* MOTION TO
PRECLUDE SALE OR TRANSFER OF MERCEDES VEHICLE**

    Defendant appeared before the Court on December 4, 2020, for a motion hearing. At the conclusion of the hearing, the parties made a joint *ore tenus* request that the Court preclude Defendant or any other person from encumbering or transferring the title of his 2019 Mercedes C Class vehicle (VIN Number: WDD2J5JB7KA010529), or disposing of said vehicle, without prior Court approval.

    Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** that neither Defendant nor any other person shall in any way encumber, sell, or transfer the title to his 2019 Mercedes C Class vehicle, or dispose of said vehicle, without prior Court approval.

    **DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of December, 2020.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge